IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUIS DIXON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:10-0478-KD-N |
| | ) |
| CITY OF SELMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that summary judgment is **GRANTED** in favor of Defendants City of Selma, Jeffery Hardy, Ray Blanks, Frederick Walker, and J. Crum on all claims, and that this case is **DISMISSED with prejudice**.

Each party shall bear his, her, or its own costs.

**DONE** and **ORDERED** this the **11th** day of **July, 2011**.

/s/ Kristi K DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**