IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUIS DIXON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 2:10-00478-KD-N |
| CITY OF SELMA, et al., | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 6, 2011 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that plaintiffs' motion to appeal *in forma pauperis* (doc. 53) be and is hereby **DENIED** because the Court concludes, pursuant to 28 U.S.C. § 1915(a)(3) and Rule 24(a)(3)(A), that the appeal is not taken in good faith.

**DONE** this 20th day of October, 2011.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**